JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YS PARK PROFESSIONAL, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SACO STORE, et al.,<br><br>　　　　Defendants. | Case No. CV 17-5065 PA (JCx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to this Court's March 23, 2018 Minute Order granting in part the Motion for Default Judgment filed by plaintiffs YS Park Professional, Inc.; Park Way Co., Ltd. ("Park Way"); and Passion Beauty, Inc. against defendants Create Geometric, Rolando Aqui, Geometric Illusions, and Ronnel Panopio (collectively, "Defaulting Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Park Way shall have judgment in its favor against Defaulting Defendants;

2. Park Way shall recover from Defaulting Defendants the amount of $11,200.00, consisting of $10,000.00 in statutory damages for trademark infringement and $1,200.00 in attorneys' fees, for which Defaulting Defendants shall be jointly and severally liable;

3. Park Way shall recover from Defaulting Defendants its costs of suit;

4. Defaulting Defendants and all of their owners, partners, co-venturers, joint venturers, shareholders, officers, directors, managers, attorneys, representatives and assigns, and all persons acting in active concert or participation with them are permanently enjoined from doing any of the following acts, either directly or indirectly:

    a. Developing, manufacturing, marketing, advertising, acquiring, transporting, distributing, developing, offering to sell or selling any comb that is a counterfeit of Park Way's federally registered trademark, U.S. Trademark Reg. No. 4,991,180;

    b. Using in any way Park Way's federally registered trademark, U.S. Trademark Reg. No. 4,991,180, on any product involved in hair care or beauty care without the consent of Park Way;

    c. Otherwise infringing or counterfeiting Park Way's federally registered trademark, U.S. Trademark Reg. No. 4,991,180; and

    d. Soliciting, assisting, aiding or abetting any other person or business entity in engaging in or performing any of the foregoing activities;

5. Defaulting Defendants are ordered to deliver to Park Way:

    a. All products, literature, and other material bearing any counterfeit or infringement of Park Way's federally registered trademark, U.S. Trademark Reg. No. 4,991,180;

    b. All packing, advertising materials or any other items used in the manufacture, publicity, advertising or sale of products bearing any counterfeits or infringements of Park Way's federally registered trademark, U.S. Trademark Reg. No. 4,991,180; and

    c. A listing (showing name, address, email address and other locating information) of every person or entity that ever supplied or sought to supply Defaulting Defendants with any counterfeit products or infringing products; and

6. Defaulting Defendants shall cancel any orders they have currently pending to acquire any products infringing or that are counterfeits of Park Way's federally registered trademark, U.S. Trademark Reg. No. 4,991,180.

The Clerk is ordered to enter this Judgment and Permanent Injunction.

DATED: March 23, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE